**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| MATTHEW C. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 3:12-CV-365-J-32-JBT |
| vs. ) | |
| ) | |
| ANHEUSER-BUSCH COMPANIES, LLC, ) | |
| a foreign limited liability company, f/k/a ) | |
| ANHEUSER-BUSCH, INC., a foreign ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

**JOINT NOTICE OF UPDATE TO**
**UNFAIR LABOR PRACTICES PROCEEDINGS**

Plaintiff, MATTHEW C. BROWN ("Plaintiff") and Defendant, ANHEUSER-BUSCH, LLC ("A-B", the "Company" or "Defendant") (Plaintiff and Defendant collectively referred to herein as the "Parties"), through undersigned counsel, and pursuant to this Court's Order (Doc. 29), hereby file a Joint Notice of Update to Unfair Labor Practice proceedings. In support, the Parties state as follows:

1. On October 9, 2013, this Court ordered the Parties to keep the Court advised of all pertinent filings in the Unfair Labor Practices proceedings (Doc. 29).

2. On May 22, 2019, the National Labor Relations Board ("NLRB") issued a Decision and Order ("Order") in the Unfair Labor Practice proceedings in favor of A-B and dismissing the complaint. A copy of the decision is attached hereto as Exhibit "1".

3. On July 19, 2019, the International Brotherhood of Teamsters Local 947 filed a Petition for Review ("Petition") of the Order with the United States Court of Appeals for the

Eleventh Circuit, which remains pending. The Petition constitutes the sum total of appellate review action at this juncture. A copy of the Petition is attached hereto as Exhibit "2".

Respectfully submitted this 1st day of August, 2019.

| | |
|---|---|
| **JEFFREY H. KLINK, P.A.** | **JACKSON LEWIS, P.C.** |
| *s/Jeffrey H. Klink* | *s/ B. Tyler White* |
| Jeffrey H. Klink, Esquire | Richard N. Margulies, Esquire |
| Florida Bar Number: 151657 | Florida Bar Number: 0607487 |
| 8916 South Mobley Rd. | B. Tyler White, Esquire |
| Tampa, FL 33626-1509 | Florida Bar Number: 0038213 |
| Telephone: (813) 792-9076 | 501 Riverside Avenue, Ste. 902 |
| E-mail:  jhklink@gmail.com | Jacksonville, Florida 322 |
| | Telephone: (904) 638-2655 |
| Attorney for Plaintiff | Facsimile: (904) 638-2656 |
| Matthew Brown | |
| | Attorneys for Defendant |
| | Anheuser-Busch, LLC |

4844-7758-5054, v. 1